**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-1077**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MATTHEW M. SILLS,

Claimant - Appellant,

and

$11,500.00 in US CURRENCY,

Defendant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge.  (5:05-cv-00418-BR)

_____

Submitted: July 19, 2007                    Decided:  July 24, 2007

_____

Before MOTZ and GREGORY, Circuit Judges, and WILKINS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Matthew M. Sills, Appellant Pro Se.  George Edward Bell Holding, United States Attorney; Neal Irving Fowler, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Claimant Matthew M. Sills appeals the district court's order entering judgment against defendant currency in this forfeiture proceeding under 21 U.S.C. § 881(a)(6) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Sills</u>, No. 5:05-cv-00418-BR (E.D.N.C. Dec. 22, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>